# United States Court of Appeals
## For the Eighth Circuit

_____

No. 22-2881
_____

Angela Shana Walker

*Plaintiff - Appellant*

v.

Missouri Department of Corrections; Missouri Vocational Enterprises; Missouri
Office of Administration

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Missouri - Jefferson City
_____

Submitted: April 3, 2023
Filed: April 7, 2023
[Unpublished]
_____

Before COLLOTON, KELLY, and GRASZ, Circuit Judges.
_____

PER CURIAM.

In this employment discrimination action, Angela Walker appeals following
the district court's[1] denial of her motion for summary judgment and grant of summary

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the
Western District of Missouri.

judgment in favor of her former employer.  After careful review of the record and the parties' arguments on appeal, we conclude that the grant of summary judgment was proper.  <u>See</u> <u>Said v. Mayo Clinic</u>, 44 F.4th 1142, 1147 (8th Cir. 2022) (grant of summary judgment is reviewed de novo).  We also conclude that the district court did not abuse its discretion in declining to alter or amend its summary judgment order.  <u>See</u> <u>Akpovi v. Douglas</u>, 43 F.4th 832, 837 (8th Cir. 2022) (standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____